IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MAURICE KILLINGS,

               Plaintiff

      VS.

BALDWIN STATE PRISON
MEDICAL STAFF, *et al.*,
               Defendants

NO. 5:06-CV-102 (HL)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## RECOMMENDATION OF DISMISSAL

Recent correspondence from the court to the above-named plaintiff has been returned to the Clerk's Office as "undeliverable." Although plaintiff was clearly advised by the court in the order directing service upon the defendants of his obligation to diligently prosecute his case— including the duty to keep the court advised of his current address — or face its dismissal, he has failed to advise the court of any new address. In light of the fact that plaintiff has failed to advise the court of his release from custody and change of address, and has otherwise failed to prosecute his case which has been pending in this court since **March of 2006**, dismissal of this case is appropriate.

Accordingly, IT IS RECOMMENDED that the within proceeding be **DISMISSED** for failure to prosecute and failure to keep the court advised of a current address. The Clerk is directed to forward a copy of this Recommendation to plaintiff KILLINGS at the **LAST ADDRESS** provided by him. Plaintiff shall have TEN DAYS from the date of receipt of this Recommendation to object thereto by filing his objection in writing addressed to the district judge to whom this case is assigned. If he fails to object, his lawsuit will be subject to immediate dismissal by the district judge.

SO RECOMMENDED, this 8th day of JANUARY, 2008.[1]



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] A review of the website of the Georgia Department of Corrections reveals that plaintiff was released from state custody on June 26, 2007, more than six months ago.