**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **MAURICE KILLINGS,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 5:06-CV-102 (HL) |
| : | |
| : | |
| **BALDWIN STATE PRISON MEDICAL STAFF, et al,** | |
| : | |
| Defendants | |
| : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 25) filed January 08, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the plaintiff within the time allowed.

**SO ORDERED,** this the 6th day of February, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**